# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**GREGORY ANTONIO HOLLINS**                                                                   **PETITIONER**

**V.**                                                              **CAUSE NO. 3:17-CV-916-CWR-MTP**

**RONALD WAYNE KING**                                                                    **RESPONDENT**

## ORDER

Before the Court are the Magistrate Judge's Report and Recommendation (R&R) and petitioner Gregory Antonio Hollins' objection to that R&R. Docket Nos. 18-19.

The Court has reviewed the objection and its attachment—an eight page Investigative Report commissioned by the petitioner's wife. Unfortunately for the petitioner, neither document persuasively shows that that his federal habeas petition should be tolled or his limitations period extended.

Accordingly, the R&R will be adopted as this Court's own order, and this case will be dismissed. No certificate of appealability will issue.

**SO ORDERED**, this the 24th day of July, 2018.

                                                                   s/ Carlton W. Reeves
                                                                   UNITED STATES DISTRICT JUDGE